Certificate Number: 20476-NJ-DE-036594496

Bankruptcy Case Number: 17-25541



20476-NJ-DE-036594496

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 4, 2022</u>, at <u>2:07</u> o'clock <u>PM EDT</u>, <u>Hermia Mazie Henderson</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>June 5, 2022</u>        By:    <u>/s/Scott E Kehiaian</u>

                            Name:  <u>Scott E Kehiaian</u>

                            Title:  <u>TEN Representative</u>