Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 8, 2022

### Chapter 13 Case # 17-25541

Re:  HERMIA MAZIE HENDERSON  
1208 OVERLOOK AVE  
TEANECK, NJ  07666

Atty:  TIMOTHY P. KANE, ESQ.  
97 LACKAWANNA AVE  
SUITE 301  
TOTOWA, NJ  07512

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $39,255.60**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/09/2017 | $654.26 | 4192916000 - | 09/19/2017 | $654.26 | 4293758000 - |
| 10/12/2017 | $654.26 | 4356917000 - | 11/13/2017 | $654.26 | 4436211000 - |
| 12/14/2017 | $654.26 | 4516585000 - | 12/18/2017 | $654.26 | 4516585000 - |
| 01/02/2018 | ($654.26) | 4516585000 | 01/16/2018 | $654.26 | 4597782000 - |
| 02/07/2018 | $654.26 | 4654175000 - | 03/14/2018 | $654.26 | 4750181000 - |
| 04/10/2018 | $654.26 | 4822920000 | 05/02/2018 | $654.26 | 4879982000 |
| 06/04/2018 | $654.26 | 4968718000 | 07/05/2018 | $654.26 | 5046250000 |
| 08/03/2018 | $654.26 | 5123835000 | 09/04/2018 | $654.26 | 5203485000 |
| 10/01/2018 | $654.26 | 5274915000 | 11/05/2018 | $654.26 | 5370199000 |
| 12/04/2018 | $654.26 | 5446739000 | 01/03/2019 | $654.26 | 5513560000 |
| 02/04/2019 | $654.26 | 5597774000 | 03/04/2019 | $654.26 | 5675256000 |
| 04/01/2019 | $654.26 | 5745329000 | 05/02/2019 | $654.26 | 5826809000 |
| 05/31/2019 | $654.26 | 5897677000 | 07/01/2019 | $654.26 | 5974414000 |
| 08/05/2019 | $654.26 | 6066989000 | 09/03/2019 | $654.26 | 6144553000 |
| 09/30/2019 | $654.26 | 6213200000 | 11/01/2019 | $654.26 | 6296082000 |
| 11/29/2019 | $654.26 | 6360499000 | 01/02/2020 | $654.26 | 6444121000 |
| 02/03/2020 | $654.26 | 6530418000 | 03/04/2020 | $654.26 | 6613382000 |
| 04/06/2020 | $654.26 | 6689303000 | 05/06/2020 | $654.26 | 6771297000 |
| 06/03/2020 | $654.26 | 6839384000 | 07/02/2020 | $654.26 | 6912034000 |
| 08/05/2020 | $654.26 | 6992642000 | 09/08/2020 | $654.26 | 7067629000 |
| 10/08/2020 | $654.26 | 7146762000 | 11/05/2020 | $654.26 | 7214691000 |
| 12/02/2020 | $654.26 | 7277498000 | 01/04/2021 | $654.26 | 7354324000 |
| 02/04/2021 | $654.26 | 7431361000 | 03/02/2021 | $654.26 | 7495415000 |
| 04/05/2021 | $654.26 | 7576298000 | 05/04/2021 | $654.26 | 7647435000 |
| 06/04/2021 | $654.26 | 7720808000 | 07/12/2021 | $654.26 | 7803150000 |
| 08/04/2021 | $654.26 | 7859290000 | 09/09/2021 | $654.26 | 7938088000 |
| 10/05/2021 | $654.26 | 7996238000 | 11/08/2021 | $654.26 | 8066781000 |
| 12/06/2021 | $654.26 | 8127612000 | 01/04/2022 | $654.26 | 8188462000 |
| 02/03/2022 | $654.26 | 8253626000 | 03/03/2022 | $654.26 | 8316211000 |

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/04/2022 | $654.26 | 8377187000 | 05/02/2022 | $654.26 | 8442161000 |
| 05/27/2022 | $654.26 | 8491310000 | 06/21/2022 | $654.26 | 8540854000 |

**Total Receipts: $39,255.60  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $39,255.60**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,164.28 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 11,332.50 | * | 3,989.72 | |
| 0003 | BANK OF AMERICA | UNSECURED | 19,625.27 | * | 6,909.28 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,868.56 | * | 2,066.08 | |
| 0008 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | LAKEVIEW LOAN SERVICING LLC | MORTGAGE ARRE | 836.35 | 100.00% | 836.35 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 7,951.68 | * | 2,799.51 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,464.73 | * | 867.75 | |
| 0015 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | DISCOVER BANK | UNSECURED | 3,939.41 | * | 1,386.87 | |
| 0019 | FINANCIAL PACIFIC LEASING, INC. | UNSECURED | 38,069.05 | * | 13,402.56 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 8,075.08 | * | 2,842.92 | |
| 0026 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 933.31 | * | 328.59 | |
| 0027 | CITIBANK NA | UNSECURED | 388.67 | * | 388.67 | |
| 0028 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | QUANTUM3 GROUP LLC | UNSECURED | 240.07 | * | 31.29 | |
| 0030 | LVNV FUNDING LLC | UNSECURED | 1,727.85 | * | 608.35 | |

**Total Paid: $38,622.22**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 07/16/2018 | $1,136.89 | 805906 | 08/20/2018 | $117.85 | 807807 |
| | 09/17/2018 | $120.83 | 809782 | 10/22/2018 | $120.83 | 811706 |
| | 11/19/2018 | $117.46 | 813671 | 12/17/2018 | $117.47 | 815557 |
| | 01/14/2019 | $117.46 | 817480 | 02/11/2019 | $117.54 | 819370 |
| | 03/18/2019 | $117.47 | 821337 | 04/15/2019 | $117.41 | 823371 |
| | 05/20/2019 | $117.47 | 825347 | 06/17/2019 | $119.58 | 827379 |
| | 07/15/2019 | $119.58 | 829232 | 08/19/2019 | $119.60 | 831181 |
| | 09/16/2019 | $119.58 | 833215 | 10/21/2019 | $122.70 | 835218 |
| | 11/18/2019 | $130.45 | 837311 | 12/16/2019 | $125.25 | 839253 |
| | 01/13/2020 | $121.75 | 841131 | 02/10/2020 | $121.74 | 843007 |
| | 03/16/2020 | $121.74 | 844914 | 04/20/2020 | $121.73 | 846862 |
| | 05/18/2020 | $115.59 | 848779 | 06/15/2020 | $115.57 | 850460 |
| | 07/20/2020 | $118.78 | 852248 | 08/17/2020 | $118.78 | 854122 |
| | 09/21/2020 | $118.78 | 855929 | 10/19/2020 | $118.78 | 857817 |
| | 11/16/2020 | $118.78 | 859609 | 12/21/2020 | $118.78 | 861428 |
| | 01/11/2021 | $118.78 | 863225 | 02/22/2021 | $118.78 | 864890 |
| | 03/15/2021 | $118.78 | 866760 | 04/19/2021 | $118.78 | 868422 |
| | 05/17/2021 | $118.78 | 870330 | 06/21/2021 | $120.70 | 872131 |
| | 07/19/2021 | $120.71 | 873935 | 08/16/2021 | $120.71 | 875618 |
| | 09/20/2021 | $120.71 | 877345 | 10/18/2021 | $120.71 | 879122 |
| | 11/17/2021 | $121.99 | 880833 | 12/13/2021 | $121.99 | 882469 |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 01/10/2022 | $121.99 | 884125 | 02/14/2022 | $121.99 | 885809 |
| | 03/14/2022 | $121.99 | 887520 | 04/18/2022 | $123.91 | 889221 |
| | 05/16/2022 | $123.92 | 890932 | 06/20/2022 | $123.92 | 892618 |
| | 07/18/2022 | $123.92 | 894348 | | | |
| CITIBANK NA | | | | | | |
| | 07/16/2018 | $165.06 | 805749 | 08/20/2018 | $17.08 | 807618 |
| | 09/17/2018 | $17.55 | 809590 | 10/22/2018 | $17.54 | 811489 |
| | 11/19/2018 | $17.05 | 813450 | 12/17/2018 | $17.06 | 815323 |
| | 01/14/2019 | $17.05 | 817241 | 02/11/2019 | $17.05 | 819129 |
| | 03/18/2019 | $17.05 | 821078 | 04/15/2019 | $17.04 | 823115 |
| | 05/20/2019 | $17.07 | 825074 | 06/17/2019 | $17.36 | 827123 |
| | 07/15/2019 | $17.35 | 828979 | 08/19/2019 | $17.36 | 830878 |
| | 09/16/2019 | $17.36 | 832943 | 10/21/2019 | $17.81 | 834909 |
| | 10/28/2019 | ($17.36) | 0 | 12/13/2019 | ($17.81) | 0 |
| DEPARTMENT STORE NATIONAL BANK | | | | | | |
| | 07/16/2018 | $656.51 | 805475 | 07/16/2018 | $54.05 | 805475 |
| | 08/20/2018 | $5.62 | 807332 | 08/20/2018 | $68.03 | 807332 |
| | 09/17/2018 | $69.77 | 809323 | 09/17/2018 | $5.75 | 809323 |
| | 10/22/2018 | $5.75 | 811208 | 10/22/2018 | $69.77 | 811208 |
| | 11/19/2018 | $67.84 | 813169 | 11/19/2018 | $5.58 | 813169 |
| | 12/17/2018 | $5.59 | 815045 | 12/17/2018 | $67.82 | 815045 |
| | 01/14/2019 | $67.83 | 816974 | 01/14/2019 | $5.59 | 816974 |
| | 02/11/2019 | $5.58 | 818871 | 02/11/2019 | $67.87 | 818871 |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 03/18/2019 | $67.83 | 821501 | 03/18/2019 | $5.59 | 821501 |
| | 04/15/2019 | $5.58 | 823531 | 04/15/2019 | $67.80 | 823531 |
| | 05/20/2019 | $67.84 | 825510 | 05/20/2019 | $5.59 | 825510 |
| | 06/17/2019 | $5.69 | 827529 | 06/17/2019 | $69.05 | 827529 |
| | 07/15/2019 | $69.05 | 829379 | 07/15/2019 | $5.68 | 829379 |
| | 08/19/2019 | $5.69 | 831351 | 08/19/2019 | $69.06 | 831351 |
| | 09/16/2019 | $69.05 | 833369 | 09/16/2019 | $5.69 | 833369 |
| | 10/21/2019 | $5.84 | 835395 | 10/21/2019 | $70.85 | 835395 |
| | 11/18/2019 | $75.33 | 837467 | 11/18/2019 | $6.20 | 837467 |
| | 12/16/2019 | $5.96 | 839400 | 12/16/2019 | $72.32 | 839400 |
| | 01/13/2020 | $70.30 | 841266 | 01/13/2020 | $5.79 | 841266 |
| | 02/10/2020 | $5.79 | 843153 | 02/10/2020 | $70.30 | 843153 |
| | 03/16/2020 | $70.30 | 845063 | 03/16/2020 | $5.79 | 845063 |
| | 04/20/2020 | $5.79 | 847012 | 04/20/2020 | $70.30 | 847012 |
| | 05/18/2020 | $66.75 | 848901 | 05/18/2020 | $5.50 | 848901 |
| | 06/15/2020 | $5.50 | 850586 | 06/15/2020 | $66.73 | 850586 |
| | 07/20/2020 | $68.59 | 852389 | 07/20/2020 | $5.65 | 852389 |
| | 08/17/2020 | $5.65 | 854254 | 08/17/2020 | $68.59 | 854254 |
| | 09/21/2020 | $68.59 | 856072 | 09/21/2020 | $5.65 | 856072 |
| | 10/19/2020 | $5.65 | 857950 | 10/19/2020 | $68.59 | 857950 |
| | 11/16/2020 | $68.59 | 859744 | 11/16/2020 | $5.65 | 859744 |
| | 12/21/2020 | $5.65 | 861571 | 12/21/2020 | $68.59 | 861571 |
| | 01/11/2021 | $68.59 | 863345 | 01/11/2021 | $5.65 | 863345 |
| | 02/22/2021 | $5.65 | 865043 | 02/22/2021 | $68.59 | 865043 |
| | 03/15/2021 | $68.59 | 866879 | 03/15/2021 | $5.65 | 866879 |
| | 04/19/2021 | $5.65 | 868575 | 04/19/2021 | ($5.65) | 868575 |
| | 04/19/2021 | $5.65 | 869689 | 04/19/2021 | $68.59 | 868575 |
| | 04/19/2021 | ($68.59) | 868575 | 04/19/2021 | $68.59 | 869689 |
| | 05/17/2021 | $68.59 | 870472 | 05/17/2021 | $5.65 | 870472 |
| | 06/21/2021 | $5.74 | 872283 | 06/21/2021 | $69.70 | 872283 |
| | 07/19/2021 | $69.70 | 874075 | 07/19/2021 | $5.74 | 874075 |
| | 08/16/2021 | $5.74 | 875757 | 08/16/2021 | $69.70 | 875757 |
| | 09/20/2021 | $69.70 | 877500 | 09/20/2021 | $5.74 | 877500 |
| | 10/18/2021 | $5.74 | 879271 | 10/18/2021 | $69.70 | 879271 |
| | 11/17/2021 | $70.44 | 880981 | 11/17/2021 | $5.80 | 880981 |
| | 12/13/2021 | $5.80 | 882612 | 12/13/2021 | $70.44 | 882612 |
| | 01/10/2022 | $70.44 | 884266 | 01/10/2022 | $5.80 | 884266 |
| | 02/14/2022 | $5.80 | 885963 | 02/14/2022 | $70.44 | 885963 |
| | 03/14/2022 | $70.44 | 887664 | 03/14/2022 | $5.80 | 887664 |
| | 04/18/2022 | $5.89 | 889378 | 04/18/2022 | $71.55 | 889378 |
| | 05/16/2022 | $71.56 | 891071 | 05/16/2022 | $5.89 | 891071 |
| | 06/20/2022 | $5.89 | 892767 | 06/20/2022 | $71.56 | 892767 |
| | 07/18/2022 | $71.56 | 894478 | 07/18/2022 | $5.89 | 894478 |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 07/16/2018 | $228.20 | 806090 | | 08/20/2018 | $23.67 | 808000 |
| | 09/17/2018 | $24.23 | 809968 | | 10/22/2018 | $24.25 | 811895 |
| | 11/19/2018 | $23.60 | 813840 | | 12/17/2018 | $23.59 | 815724 |
| | 01/14/2019 | $23.58 | 817650 | | 02/11/2019 | $23.57 | 819537 |
| | 03/18/2019 | $23.58 | 821513 | | 04/15/2019 | $23.57 | 823543 |
| | 05/20/2019 | $23.59 | 825522 | | 06/17/2019 | $24.00 | 827540 |
| | 06/25/2019 | ($23.59) | 825522 | | 06/25/2019 | $23.59 | 828617 |
| | 07/15/2019 | $24.01 | 829391 | | 08/19/2019 | $24.00 | 831364 |
| | 09/16/2019 | $24.00 | 833380 | | 10/21/2019 | $24.63 | 835407 |
| | 11/18/2019 | $26.18 | 837479 | | 12/16/2019 | $25.14 | 839411 |
| | 01/13/2020 | $24.44 | 841274 | | 02/10/2020 | $24.44 | 843163 |
| | 03/16/2020 | $24.44 | 845075 | | 04/20/2020 | $24.44 | 847018 |
| | 05/18/2020 | $23.20 | 848908 | | 06/15/2020 | $23.20 | 850594 |
| | 07/20/2020 | $23.84 | 852397 | | 08/17/2020 | $23.84 | 854261 |
| | 09/21/2020 | $23.84 | 856078 | | 10/19/2020 | $23.84 | 857956 |
| | 11/16/2020 | $23.84 | 859752 | | 12/21/2020 | $23.84 | 861576 |
| | 01/11/2021 | $23.84 | 863353 | | 02/22/2021 | $23.84 | 865048 |
| | 03/15/2021 | $23.84 | 866886 | | 04/19/2021 | $23.84 | 868582 |
| | 05/17/2021 | $23.84 | 870479 | | 06/21/2021 | $24.23 | 872290 |
| | 07/19/2021 | $24.23 | 874082 | | 08/16/2021 | $24.23 | 875765 |
| | 09/20/2021 | $24.23 | 877508 | | 10/18/2021 | $24.23 | 879277 |
| | 11/17/2021 | $24.49 | 880988 | | 12/13/2021 | $24.49 | 882619 |
| | 01/10/2022 | $24.49 | 884271 | | 02/14/2022 | $24.49 | 885969 |
| | 03/14/2022 | $24.49 | 887671 | | 04/18/2022 | $24.87 | 889386 |
| | 05/16/2022 | $24.87 | 891079 | | 06/20/2022 | $24.87 | 892775 |
| | 07/18/2022 | $24.87 | 894487 | | | | |
| FINANCIAL PACIFIC LEASING, INC. | | | | | | | |
| | 07/16/2018 | $2,205.35 | 806148 | | 08/20/2018 | $228.58 | 808061 |
| | 09/17/2018 | $234.40 | 810031 | | 10/22/2018 | $234.38 | 811954 |
| | 11/19/2018 | $227.86 | 813890 | | 12/17/2018 | $227.87 | 815778 |
| | 01/14/2019 | $227.86 | 817703 | | 02/11/2019 | $227.78 | 819589 |
| | 03/18/2019 | $227.86 | 821567 | | 04/15/2019 | $227.99 | 823599 |
| | 05/20/2019 | $227.83 | 825579 | | 06/17/2019 | $231.96 | 827583 |
| | 07/15/2019 | $231.98 | 829446 | | 08/19/2019 | $231.98 | 831417 |
| | 09/16/2019 | $231.96 | 833427 | | 10/21/2019 | $238.01 | 835459 |
| | 11/18/2019 | $253.04 | 837532 | | 12/16/2019 | $242.95 | 839455 |
| | 01/13/2020 | $236.16 | 841324 | | 02/10/2020 | $236.14 | 843216 |
| | 03/16/2020 | $236.14 | 845135 | | 04/20/2020 | $236.14 | 847076 |
| | 05/18/2020 | $224.22 | 848957 | | 06/15/2020 | $224.18 | 850641 |
| | 07/20/2020 | $230.40 | 852448 | | 08/17/2020 | $230.41 | 854310 |
| | 09/21/2020 | $230.41 | 856129 | | 10/19/2020 | $230.41 | 858005 |
| | 11/16/2020 | $230.42 | 859803 | | 12/21/2020 | $230.41 | 861626 |
| | 01/11/2021 | $230.42 | 863400 | | 02/22/2021 | $230.41 | 865108 |
| | 03/15/2021 | $230.41 | 866937 | | 04/19/2021 | $230.42 | 868645 |
| | 05/17/2021 | $230.41 | 870535 | | 06/21/2021 | $234.14 | 872344 |
| | 07/19/2021 | $234.15 | 874134 | | 08/16/2021 | $234.14 | 875823 |
| | 09/20/2021 | $234.15 | 877568 | | 10/18/2021 | $234.14 | 879332 |
| | 11/17/2021 | $236.63 | 881046 | | 12/13/2021 | $236.64 | 882671 |
| | 01/10/2022 | $236.64 | 884324 | | 02/14/2022 | $236.64 | 886021 |
| | 03/14/2022 | $236.64 | 887725 | | 04/18/2022 | $240.37 | 889448 |
| | 05/16/2022 | $240.38 | 891133 | | 06/20/2022 | $240.38 | 892837 |
| | 07/18/2022 | $240.37 | 894536 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/20/2017 | $836.35 | 791086 | | | | |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 07/16/2018 | $460.64 | 806307 | 07/16/2018 | $100.09 | 806307 |
| | 08/20/2018 | $10.38 | 808234 | 08/20/2018 | $47.75 | 808234 |
| | 09/17/2018 | $48.96 | 810192 | 09/17/2018 | $10.64 | 810192 |
| | 10/22/2018 | $10.64 | 812122 | 10/22/2018 | $48.96 | 812122 |
| | 11/19/2018 | $47.59 | 814053 | 11/19/2018 | $10.34 | 814053 |
| | 12/17/2018 | $10.33 | 815939 | 12/17/2018 | $47.60 | 815939 |
| | 01/14/2019 | $47.59 | 817868 | 01/14/2019 | $10.35 | 817868 |
| | 02/11/2019 | $10.35 | 819754 | 02/11/2019 | $47.58 | 819754 |
| | 03/18/2019 | $47.60 | 821739 | 03/18/2019 | $10.34 | 821739 |
| | 04/15/2019 | $10.34 | 823761 | 04/15/2019 | $47.57 | 823761 |
| | 05/20/2019 | $47.63 | 825744 | 05/20/2019 | $10.34 | 825744 |
| | 06/17/2019 | $10.53 | 827740 | 06/17/2019 | $48.45 | 827740 |
| | 07/15/2019 | $48.46 | 829590 | 07/15/2019 | $10.53 | 829590 |
| | 08/19/2019 | $10.52 | 831585 | 08/19/2019 | $48.45 | 831585 |
| | 09/16/2019 | $48.45 | 833588 | 09/16/2019 | $10.54 | 833588 |
| | 10/21/2019 | $10.80 | 835619 | 10/21/2019 | $49.71 | 835619 |
| | 11/18/2019 | $52.85 | 837689 | 11/18/2019 | $11.48 | 837689 |
| | 12/16/2019 | $11.03 | 839606 | 12/16/2019 | $50.75 | 839606 |
| | 01/13/2020 | $49.33 | 841483 | 01/13/2020 | $10.72 | 841483 |
| | 02/10/2020 | $10.72 | 843374 | 02/10/2020 | $49.32 | 843374 |
| | 03/16/2020 | $49.32 | 845292 | 03/16/2020 | $10.72 | 845292 |
| | 04/20/2020 | $10.72 | 847233 | 04/20/2020 | $49.32 | 847233 |
| | 05/18/2020 | $46.83 | 849089 | 05/18/2020 | $10.18 | 849089 |
| | 06/15/2020 | $10.17 | 850783 | 06/15/2020 | $46.83 | 850783 |
| | 07/20/2020 | $48.13 | 852601 | 07/20/2020 | $10.46 | 852601 |
| | 08/17/2020 | $10.46 | 854459 | 08/17/2020 | $48.13 | 854459 |
| | 09/21/2020 | $48.13 | 856296 | 09/21/2020 | $10.46 | 856296 |
| | 10/19/2020 | $10.46 | 858158 | 10/19/2020 | $48.13 | 858158 |
| | 11/16/2020 | $48.13 | 859945 | 11/16/2020 | $10.46 | 859945 |
| | 12/21/2020 | $10.46 | 861781 | 12/21/2020 | $48.13 | 861781 |
| | 01/11/2021 | $48.13 | 863538 | 01/11/2021 | $10.46 | 863538 |
| | 02/22/2021 | $10.46 | 865282 | 02/22/2021 | $48.13 | 865282 |
| | 03/15/2021 | $48.13 | 867079 | 03/15/2021 | $10.46 | 867079 |
| | 04/19/2021 | $10.46 | 868810 | 04/19/2021 | ($10.46) | 868810 |
| | 04/19/2021 | $10.46 | 869686 | 04/19/2021 | $48.13 | 868810 |
| | 04/19/2021 | ($48.13) | 868810 | 04/19/2021 | $48.13 | 869686 |
| | 05/17/2021 | $48.13 | 870698 | 05/17/2021 | $10.46 | 870698 |
| | 06/21/2021 | $10.63 | 872502 | 06/21/2021 | $48.91 | 872502 |
| | 07/19/2021 | $48.91 | 874279 | 07/19/2021 | $10.63 | 874279 |
| | 08/16/2021 | $10.63 | 875972 | 08/16/2021 | $48.91 | 875972 |
| | 09/20/2021 | $48.91 | 877723 | 09/20/2021 | $10.63 | 877723 |
| | 10/18/2021 | $10.63 | 879469 | 10/18/2021 | $48.91 | 879469 |
| | 11/17/2021 | $49.43 | 881183 | 11/17/2021 | $10.74 | 881183 |
| | 12/13/2021 | $10.74 | 882807 | 12/13/2021 | $49.43 | 882807 |
| | 01/10/2022 | $49.43 | 884453 | 01/10/2022 | $10.74 | 884453 |
| | 02/14/2022 | $10.74 | 886162 | 02/14/2022 | $49.43 | 886162 |
| | 03/14/2022 | $49.43 | 887861 | 03/14/2022 | $10.74 | 887861 |
| | 04/18/2022 | $10.91 | 889598 | 04/18/2022 | $50.21 | 889598 |
| | 05/16/2022 | $50.21 | 891284 | 05/16/2022 | $10.91 | 891284 |
| | 06/20/2022 | $10.91 | 892985 | 06/20/2022 | $50.21 | 892985 |
| | 07/18/2022 | $50.21 | 894664 | 07/18/2022 | $10.91 | 894664 |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 07/16/2018 | $142.78 | 8000615 | 07/16/2018 | $339.97 | 8000615 |
| | 08/20/2018 | $35.23 | 8000651 | 08/20/2018 | $14.81 | 8000651 |
| | 09/17/2018 | $15.16 | 8000689 | 09/17/2018 | $36.14 | 8000689 |
| | 10/22/2018 | $36.13 | 8000727 | 10/22/2018 | $15.17 | 8000727 |
| | 11/19/2018 | $14.76 | 0 | 11/19/2018 | $35.13 | 0 |
| | 12/17/2018 | $35.12 | 0 | 12/17/2018 | $14.76 | 0 |
| | 01/14/2019 | $14.75 | 0 | 01/14/2019 | $35.13 | 0 |
| | 02/11/2019 | $35.11 | 8000887 | 02/11/2019 | $14.75 | 8000887 |
| | 03/18/2019 | $14.75 | 8000934 | 03/18/2019 | $35.13 | 8000934 |
| | 04/15/2019 | $35.14 | 8000980 | 04/15/2019 | $14.77 | 8000980 |
| | 05/20/2019 | $14.73 | 8001023 | 05/20/2019 | $35.13 | 8001023 |
| | 06/17/2019 | $35.76 | 8001069 | 06/17/2019 | $15.04 | 8001069 |
| | 07/15/2019 | $15.01 | 8001114 | 07/15/2019 | $35.76 | 8001114 |
| | 08/19/2019 | $35.73 | 8001156 | 08/19/2019 | $15.02 | 8001156 |
| | 09/16/2019 | $15.02 | 8001195 | 09/16/2019 | $35.80 | 8001195 |
| | 10/21/2019 | $36.69 | 8001239 | 10/21/2019 | $15.41 | 8001239 |
| | 11/18/2019 | $16.38 | 8001282 | 11/18/2019 | $39.01 | 8001282 |
| | 12/16/2019 | $37.45 | 8001325 | 12/16/2019 | $15.73 | 8001325 |
| | 01/13/2020 | $15.29 | 8001363 | 01/13/2020 | $36.41 | 8001363 |
| | 02/10/2020 | $36.40 | 8001405 | 02/10/2020 | $15.29 | 8001405 |
| | 03/16/2020 | $15.29 | 8001443 | 03/16/2020 | $36.40 | 8001443 |
| | 04/20/2020 | $36.40 | 8001482 | 04/20/2020 | $15.29 | 8001482 |
| | 05/18/2020 | $14.52 | 8001532 | 05/18/2020 | $34.56 | 8001532 |
| | 06/15/2020 | $34.56 | 8001591 | 06/15/2020 | $14.51 | 8001591 |
| | 07/20/2020 | $14.92 | 8001651 | 07/20/2020 | $35.52 | 8001651 |
| | 08/17/2020 | $35.52 | 8001715 | 08/17/2020 | $14.92 | 8001715 |
| | 09/21/2020 | $14.92 | 8001772 | 09/21/2020 | $35.52 | 8001772 |
| | 10/19/2020 | $35.52 | 8001836 | 10/19/2020 | $14.92 | 8001836 |
| | 11/16/2020 | $14.92 | 8001892 | 11/16/2020 | $35.52 | 8001892 |
| | 12/21/2020 | $35.52 | 8001947 | 12/21/2020 | $14.92 | 8001947 |
| | 01/11/2021 | $14.92 | 8002011 | 01/11/2021 | $35.52 | 8002011 |
| | 02/22/2021 | $35.52 | 8002065 | 02/22/2021 | $14.92 | 8002065 |
| | 03/15/2021 | $14.92 | 8002123 | 03/15/2021 | $35.52 | 8002123 |
| | 04/19/2021 | $35.52 | 8002171 | 04/19/2021 | $14.92 | 8002171 |
| | 05/17/2021 | $14.92 | 8002234 | 05/17/2021 | $35.52 | 8002234 |
| | 06/21/2021 | $36.09 | 8002277 | 06/21/2021 | $15.16 | 8002277 |
| | 07/19/2021 | $15.16 | 8002330 | 07/19/2021 | $36.09 | 8002330 |
| | 08/16/2021 | $36.09 | 8002383 | 08/16/2021 | $15.16 | 8002383 |
| | 09/20/2021 | $15.16 | 8002432 | 09/20/2021 | $36.09 | 8002432 |
| | 10/18/2021 | $36.09 | 8002481 | 10/18/2021 | $15.16 | 8002481 |
| | 11/17/2021 | $15.32 | 8002529 | 11/17/2021 | $36.48 | 8002529 |
| | 12/13/2021 | $36.48 | 8002581 | 12/13/2021 | $15.32 | 8002581 |
| | 01/10/2022 | $15.32 | 8002633 | 01/10/2022 | $36.48 | 8002633 |
| | 02/14/2022 | $36.48 | 8002683 | 02/14/2022 | $15.32 | 8002683 |
| | 03/14/2022 | $15.32 | 8002741 | 03/14/2022 | $36.48 | 8002741 |
| | 04/18/2022 | $37.05 | 8002785 | 04/18/2022 | $15.56 | 8002785 |
| | 05/16/2022 | $15.56 | 8002843 | 05/16/2022 | $37.06 | 8002843 |
| | 06/20/2022 | $37.06 | 8002892 | 06/20/2022 | $15.56 | 8002892 |
| | 07/18/2022 | $15.56 | 8002950 | 07/18/2022 | $37.05 | 8002950 |

**Chapter 13 Case # 17-25541**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/16/2018 | $467.80 | 806503 | | 07/16/2018 | $13.89 | 806503 |
| | 08/20/2018 | $48.48 | 808449 | | 09/17/2018 | $49.72 | 810390 |
| | 10/22/2018 | $49.72 | 812338 | | 11/19/2018 | $48.33 | 814258 |
| | 11/19/2018 | $5.85 | 814258 | | 12/17/2018 | $48.33 | 816153 |
| | 01/14/2019 | $48.33 | 818081 | | 02/11/2019 | $48.36 | 819985 |
| | 03/18/2019 | $48.33 | 821960 | | 03/18/2019 | $5.75 | 821960 |
| | 04/15/2019 | $48.31 | 823987 | | 05/20/2019 | $48.34 | 826001 |
| | 06/17/2019 | $49.20 | 827961 | | 07/15/2019 | $49.21 | 829825 |
| | 07/15/2019 | $5.80 | 829825 | | 08/19/2019 | $49.21 | 831837 |
| | 09/16/2019 | $49.20 | 833836 | | 10/21/2019 | $50.49 | 835883 |
| | 11/18/2019 | $53.67 | 837940 | | 12/16/2019 | $51.53 | 839843 |
| | 01/13/2020 | $50.09 | 8001365 | | 02/10/2020 | $50.09 | 8001409 |
| | 03/16/2020 | $50.09 | 8001445 | | 04/20/2020 | $50.09 | 8001484 |
| | 05/18/2020 | $47.56 | 8001535 | | 06/15/2020 | $47.55 | 8001596 |
| | 07/20/2020 | $48.87 | 8001652 | | 08/17/2020 | $48.87 | 8001712 |
| | 09/21/2020 | $48.87 | 8001771 | | 10/19/2020 | $48.87 | 8001838 |
| | 11/16/2020 | $48.88 | 8001891 | | 12/21/2020 | $48.87 | 8001948 |
| | 01/11/2021 | $48.88 | 8002006 | | 02/22/2021 | $48.87 | 8002066 |
| | 03/15/2021 | $48.87 | 8002122 | | 04/19/2021 | $48.88 | 8002172 |
| | 05/17/2021 | $48.87 | 8002226 | | 06/21/2021 | $49.66 | 8002274 |
| | 07/19/2021 | $49.67 | 8002327 | | 08/16/2021 | $49.67 | 8002379 |
| | 09/20/2021 | $49.67 | 8002429 | | 10/18/2021 | $49.67 | 8002478 |
| | 11/17/2021 | $50.19 | 8002525 | | 12/13/2021 | $50.20 | 8002578 |
| | 01/10/2022 | $50.20 | 8002630 | | 02/14/2022 | $50.20 | 8002680 |
| | 03/14/2022 | $50.20 | 8002734 | | 04/18/2022 | $50.99 | 8002787 |
| | 05/16/2022 | $50.99 | 8002840 | | 06/20/2022 | $50.99 | 8002894 |
| | 07/18/2022 | $50.99 | 8002945 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 08, 2022.

Receipts: $39,255.60    -    Paid to Claims: $36,457.94    -    Admin Costs Paid: $2,164.28    =    Funds on Hand: $633.38

Base Plan Amount: $39,255.60    -    Receipts: $39,255.60    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.