**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Hermia Mazie Henderson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8072<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–25541–SLM | | |

# Order of Discharge                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Hermia Mazie Henderson

8/31/22                                                                 **By the court:** Stacey L. Meisel
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-25541-SLM
Hermia Mazie Henderson                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Aug 31, 2022      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hermia Mazie Henderson, 1208 Overlook Ave, Teaneck, NJ 07666-5948 |
| cr | + | Financial Pacific Leasing, Inc. f/k/a Financial Pa, 3455 344th Way, Suite 300, Federal Way, WA 98001-9546 |
| 516976465 | | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516976464 | | Cap1/bstby, Capital, 1 Retail Srvs Attn Bankruptcy, Salt Lake City, UT 84130 |
| 516976466 | | Charles A. Gruen, Esq., 381 Broadway Ste 300, Westwood, NJ 07675-2239 |
| 517130202 | + | Citibank, N.A., Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 516976472 | | Citibank,N.A, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516976473 | | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | + | EDI: RMSC.COM | Sep 01 2022 00:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516976460 | | Email/PDF: bncnotices@becket-lee.com | Aug 31 2022 20:44:13 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516976461 | | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 516976462 | | EDI: BANKAMER.COM | Sep 01 2022 00:38:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517218608 | + | EDI: BANKAMER2.COM | Sep 01 2022 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516976463 | | EDI: BANKAMER.COM | Sep 01 2022 00:38:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 516976471 | | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516976474 | | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516976477 | + | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 516976484 | + | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Visa Dept Store National Bank/Macy's, Attn: |

Case 17-25541-SLM    Doc 46    Filed 09/02/22    Entered 09/03/22 00:13:04    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: 3180W | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517181641 | EDI: Q3G.COM | Sep 01 2022 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516983330 | EDI: DISCOVER.COM | Sep 01 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516976475 | EDI: DISCOVER.COM | Sep 01 2022 00:38:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516976476 | EDI: DISCOVER.COM | Sep 01 2022 00:38:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 516976478 | Email/Text: dmckittrick@finpac.com | Aug 31 2022 20:34:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 516976468 | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 516976467 | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516976469 | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 516976470 | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | Chase Mtg, PO Box 24696, Columbus, OH 43224-0696 |
| 517165694 | EDI: JPMORGANCHASE | Sep 01 2022 00:38:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517226587 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 20:44:24 | LVNV Funding, LLC its successors and assigns as, assignee of OSI Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517166366 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 20:44:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518065909 | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 31 2022 20:34:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 518065910 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 31 2022 20:34:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639, Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB 48098-2639 |
| 517181747 | EDI: PRA.COM | Sep 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517181743 | EDI: PRA.COM | Sep 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517203790 | EDI: Q3G.COM | Sep 01 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516976479 | EDI: RMSC.COM | Sep 01 2022 00:38:00 | Syncb/gapdc, PO Box 965005, Orlando, FL 32896-5005 |
| 516979275 | + EDI: RMSC.COM | Sep 01 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516976480 | EDI: RMSC.COM | Sep 01 2022 00:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516976482 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

Case 17-25541-SLM    Doc 46    Filed 09/02/22    Entered 09/03/22 00:13:04    Desc Imaged
Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 31, 2022 | Form ID: 3180W | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 516976483 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 31 2022 20:35:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| | | Aug 31 2022 20:35:00 | Toyota Motor Credit Co, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516976481 | EDI: CITICORP.COM | Sep 01 2022 00:38:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517127438 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 31 2022 20:34:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis T. Tarlecki | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa N. Licker | on behalf of Creditor Chase Records Center mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rosa Amica-Terra | on behalf of Creditor Financial Pacific Leasing  Inc. f/k/a Financial Pacific Leasing,. LLC ramicaterra@gmail.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 31, 2022 | Form ID: 3180W | Total Noticed: 45

Timothy P. Kane
                on behalf of Debtor Hermia Mazie Henderson bankruptcy@abdykane.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12