Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−25541−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hermia Mazie Henderson
   1208 Overlook Ave
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−8072

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/12/22 at 10:00 AM

to consider and act upon the following:

**47** − Motion to Cancel and Discharge Mortgage or Lien RE:Financial Pacific Leasing. Filed by Timothy P. Kane on behalf of Hermia Mazie Henderson. (Attachments: # 1 Certification Cert in Support of Motion to Cancel and Discharge # 2 Proposed Order on Motion to Cancel and Discharge # 3 Certificate of Service) (Kane, Timothy). NO HEARING DATE SCHEDULED. Modified on 9/12/2022 (ntp).

Dated: 9/12/22

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court