Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25541−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hermia Mazie Henderson
   1208 Overlook Ave
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−8072

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/12/22 at 10:00 AM

to consider and act upon the following:

*47 −* Motion to Cancel and Discharge Mortgage or Lien RE:Financial Pacific Leasing. Filed by Timothy P. Kane on behalf of Hermia Mazie Henderson. (Attachments: # 1 Certification Cert in Support of Motion to Cancel and Discharge # 2 Proposed Order on Motion to Cancel and Discharge # 3 Certificate of Service) (Kane, Timothy). NO HEARING DATE SCHEDULED. Modified on 9/12/2022 (ntp).

Dated: 9/12/22

                                       Jeanne Naughton
                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Hermia Mazie Henderson  
    Debtor

Case No. 17-25541-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 12, 2022      Form ID: ntchrgbk      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hermia Mazie Henderson, 1208 Overlook Ave, Teaneck, NJ 07666-5948 |
| cr | + | Financial Pacific Leasing, Inc. f/k/a Financial Pa, 3455 344th Way, Suite 300, Federal Way, WA 98001-9546 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2022 20:40:32 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:32 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | |

| | |
|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: ntchrgbk | Total Noticed: 4 |

on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Francis T. Tarlecki

on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg

magecf@magtrustee.com

Marisa Myers Cohen

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa N. Licker

on behalf of Creditor Chase Records Center mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Melissa S DiCerbo

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rosa Amica-Terra

on behalf of Creditor Financial Pacific Leasing  Inc. f/k/a Financial Pacific Leasing,. LLC ramicaterra@gmail.com

Timothy P. Kane

on behalf of Debtor Hermia Mazie Henderson bankruptcy@abdykane.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12