| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Abdy & Kane, P.C.<br>Timothy P. Kane, Esq. (TPK-9921)<br>17 Furler Street, Suite 3<br>Totowa, NJ  07512<br>Attorney for Debtor<br>(973) 890-9090 | Order Filed on October 14, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Hermia Mazie Henderson,<br><br>                      Debtor. | Case No:  17-25541-SLM<br>Chapter:  13<br>Hearing Date:  10/12/2022<br>Judge:  SLM |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 14, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) __1208 Overlook Ave., Teaneck, NJ  07666__

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Financial Pacific Leasing Inc.
b. Current Assignee: _____
c. Current Servicer: _____
d. Date of Mortgage/Lien: Judgment Filed on:  12/22/2016
e. Date of Recordation: Judgment Enter Date: 01/30/2017
f. Place of Recordation: Clerk of the Superior Court of New Jersey
    i. Mortgage Book: Judgment No. J-15204-17
    ii. Page: Docket No. BER-L-003883-16
g. Original Principal Balance of Mortgage/Lien: $ $42,211.26

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*