| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Abdy & Kane, P.C.<br>Timothy P. Kane, Esq. (TPK-9921)<br>17 Furler Street, Suite 3<br>Totowa, NJ  07512<br>Attorney for Debtor<br>(973) 890-9090 | Order Filed on October 14, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Hermia Mazie Henderson,<br><br>          Debtor. | Case No:  17-25541-SLM<br><br>Chapter: 13<br><br>Hearing Date: 10/12/2022<br><br>Judge: SLM |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER (specify)** _____

    The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 14, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  1208 Overlook Ave., Teaneck, NJ  07666

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Financial Pacific Leasing Inc.
    b. Current Assignee: _____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: Judgment Filed on: 12/22/2016
    e. Date of Recordation: Judgment Enter Date: 01/30/2017
    f. Place of Recordation: Clerk of the Superior Court of New Jersey
       i. Mortgage Book: Judgment No. J-15204-17
      ii. Page: Docket No. BER-L-003883-16
    g. Original Principal Balance of Mortgage/Lien: $ $42,211.26

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-25541-SLM

Hermia Mazie Henderson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hermia Mazie Henderson, 1208 Overlook Ave, Teaneck, NJ 07666-5948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis T. Tarlecki | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |

District/off: 0312-2 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: Oct 14, 2022 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | magecf@magtrustee.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa N. Licker | |
| | on behalf of Creditor Chase Records Center mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rosa Amica-Terra | |
| | on behalf of Creditor Financial Pacific Leasing  Inc. f/k/a Financial Pacific Leasing,. LLC ramicaterra@gmail.com |
| Timothy P. Kane | |
| | on behalf of Debtor Hermia Mazie Henderson bankruptcy@abdykane.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12